## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kelly Killeen ,

Plaintiff(s),

v.

McDonald's Corporation and Salabad, LLC,

Defendant(s).

Case No. 1:17-cv-00874
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of the Defendants, McDonald's Corporation and Salabad, LLC and against Plaintiff, Kelly Killeen.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss [31] and [33].

Date:  4/6/2018                                     Thomas G. Bruton, Clerk of Court

                                                    Maria G. Hernandez , Deputy Clerk